UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 23-868-GW-PVCx | Date | May 4, 2023 |
|---|---|---|---|
| Title | *George Jepsen v. Target Store, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | Sean R. Burnett |

**PROCEEDINGS:** **PLAINTIFF'S MOTION TO REMAND ACTION TO STATE COURT [14]**

Counsel for Plaintiff is not present.

The Court's Tentative Ruling on Plaintiff's Motion [14] was issued on May 3, 2023 [19]. Court confers with defense counsel. The Tentative Ruling is adopted as the Court's Final Ruling. The Court DENIES the Motion.

: 01

Initials of Preparer   JG