**SNYDER BURNETT EGERER, LLP**
**Sean R. Burnett (SB# 227952)**
**Jessica Farley (SB# 280123)**
5383 Hollister Avenue, Suite 240
Santa Barbara, California 93111
Telephone No.: 805.692.2800
Facsimile No.: 805.692.2801
sburnett@sbelaw.com
jfarley@sbelaw.com

Attorneys for Defendant TARGET CORPORATION

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| GEORGE JEPSEN,<br><br>               Plaintiff,<br><br>v.<br><br>TARGET STORE; and ARI RODRIGUEZ; and DOES 1-25,<br><br>           Defendants.<br>_____/ | Case No. 2:23-cv-00868 GW (PVCx)<br><br>Hon. George H. Wu<br><br>**NOTICE OF SETTLEMENT**<br><br>Pretrial Conf.     2/29/24 |

**TO THE CLERK OF THE ABOVE-CAPTIONED COURT:**

In accordance with Local Rule 16-15.7, notice is hereby given that this lawsuit has been settled. The parties expect to file a Stipulation of Dismissal within 45 days.

Dated: February 23, 2024     SNYDER BURNETT EGERER, LLP

_____

By: Sean R. Burnett / Jessica Farley
Attorneys for Defendant TARGET
CORPORATION

**NOTICE OF SETTLEMENT**

SNYDER BURNETT
EGERER, LLP
5383 Hollister Avenue
Suite 240
Santa Barbara, CA 93111