JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| GEORGE JEPSEN,<br><br>      Plaintiff,<br><br>v.<br><br>TARGET STORE; and ARI RODRIGUEZ; and DOES 1-25,<br><br>      Defendants.<br>_____/ | Case No. CV 23-868-GW-PVCx<br><br>Hon. George H. Wu<br><br>**ORDER RE DISMISSAL** |

After review of the parties' Stipulation re Dismissal and good cause appearing therefor, the Court orders this matter dismissed, with prejudice, each party to bear its own fees and costs, with the Court to retain jurisdiction to enforce the terms of the settlement agreement.

IT IS SO ORDERED.

Dated: June 7, 2024

_____
HON. GEORGE H. WU,
U.S. DISTRICT JUDGE